FILED

2020 SEP 18 AM 9: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER | 20MJ04461 |
|---|---|---|
| PLAINTIFF(S) | CR20-151 RAJ | |
| v. | | |
| Rohit Kadimisetty | DECLARATION RE OUT-OF-DISTRICT WARRANT | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Grand Jury Indictment
in the Western District of Washington on 9/16/2020
at 4 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2017
in violation of Title 18 U.S.C., Section(s) 371, 1349, 1343
to wit: Conspiracy to commit violations of Travel Act and Computer Fraud and Abuse Act, Conspiracy to commit wire fraud, Wire fr

A warrant for defendant's arrest was issued by: Michelle L. Peterson, United States Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/17/20
                  Date

OBO ~~~
**Signature of Agent**

Daniel Latham   Jeremy Durk
**Print Name of Agent**

FBI
**Agency**

Special Agent
**Title**

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT