FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.        2020 SEP 18 AM 9: 11
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                                        PLAINTIFF | CR20-151 RAJ |
| ROHIT KADIMISETTY | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____               DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**20MJ04461**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 9/17/2020 at 2:00  ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C., Section 371: Conspiracy to commit violations of Travel Act and Computer Fraud and Abuse Act 18 U

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 04/27/1993

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Daniel R. Latham  Jeremy Durk   (please print)

12. Office Phone Number: 310-995-3068                    13. Agency: FBI

14. Signature: Obo ~~~                                    15. Date: 9/17/2020

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION